UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: ) Case No. 12-
  **Gary Gastreich** ) Chapter 13
  **Sharon Gastreich** )
    Debtor(s) )

CHAPTER 13 PLAN

**PAYMENTS. Debtor is to pay to the Chapter 13 Trustee the sum of the following amounts: (complete one of the following payment options)**

  __$260.00__ per month for __60__ months.

  _____ per month for _____ months, then
  _____ per month for _____ months, then
  _____ per month for _____ months.

  A total of _____ through _____ then _____ per month for _____ months beginning with the payment due in _____

In addition, Debtor shall pay to the Trustee and the plan base shall be increased by the following:

(1) Debtor shall send any tax refund received during the plan to the Trustee; however, debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund. Debtor may also retain from such refunds the lesser of the sum of two monthly plan payments or $600 from such tax refunds, each year, for necessities. (2) Fifty percent of any employee bonus or other distribution paid or payable to the debtor during the term of the plan.
(3) Additional lump sum(s) consisting of _____ if any, to be paid to the Trustee.

  A minimum of __12000__ will be paid to non-priority unsecured creditors. (Dollar amount or 100%)

**DISBURSEMENTS. Creditors shall be paid in the following order and in the following fashion. Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors. All disbursements by the Trustee to be made pro-rata by class, except per month disbursements described below:**

1. **Trustee and Court Fees.** Pay Trustee a percent of all disbursements as allowed by law and pay filing fees if the Court enters an order providing for filing fees to be paid in the Chapter 13 plan.

2. **Executory Contract/Lease Arrearages.** Trustee to cure pre-petition arrearage on any executory contract accepted in paragraphs 3(A or B) over the following period, estimated as follows:

1

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD |
|---|---|---|
| | | 6 |

3. Pay sub-paragraphs concurrently:

   (A) **<u>Post-petition real property lease payments.</u>** Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

   | CREDITOR NAME | MONTHLY PAYMENT | BY DEBTOR / TRUSTEE |
   |---|---|---|
   | | | |

   (B) **<u>Post-petition personal property lease payments.</u>** Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

   | CREDITOR NAME | MONTHLY PAYMENT | EST. MONTHS REMAINING |
   |---|---|---|
   | | | |

   (C) **<u>Continuing Debt Payments (including post-petition mortgage payments on real estate other than Debtor's residence</u>)** Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arreararages owed at the time of filing to be cured in paragraph __5__ below.

   | CREDITOR NAME | MONTHLY PAYMENT |
   |---|---|
   | | |

   (D) **<u>Post-petition mortgage payments on Debtor's residence.</u>** Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:

   | CREDITOR NAME | MONTHLY PAYMENT | BY DEBTOR / TRUSTEE |
   |---|---|---|
   | | | |

   (E) **<u>DSO Claims in equal installments.</u>** Pay the following pre-petition domestic support obligation arrears in full in equal monthly installments over the life of the plan, estimated as:

   | CREDITOR NAME | TOTAL AMOUNT DUE | INTEREST RATE |
   |---|---|---|
   | | | 4.61% |

4. **Attorney Fees.** Pay Debtor's attorney **$1,300.00** in equal monthly payments over **12** months. Any additional fees allowed by the Court shall be paid pursuant to paragraph 6 below. [See procedures manual for limitations on use of this paragraph]

5. Pay sub-paragraphs concurrently:

   (A) **Pre-petition arrears on secured claims paid in paragraph 3.** Pay arrearage on debt secured by liens on real property in equal monthly installments over the period and with the interest rate identified below, estimated as follows:

   | CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD | INTEREST RATE |
   |---|---|---|---|
   | | | 48 | 0.00% |

   (B) **Secured claims to be paid in full**. The following claims shall be paid in full in equal monthly payments over the period set forth below with ____4.61%____ % interest.

   | CREDITOR | EST. BALANCE DUE | REPAY PERIOD | TOTAL WITH INTEREST |
   |---|---|---|---|
   | | | 36 | |

   (C) **Secured claims subject to modification.** Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with ____4.61%____ % interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 9(A), estimated as set forth below:

   | CREDITOR | BALANCE DUE | FMV | REPAY PERIOD | TOTAL WITH INTEREST |
   |---|---|---|---|---|
   | | | | 36 | |

   (D) **Co-debtor guaranteed debt paid in equal monthly installments**. The following co-debtor guaranteed claims(s) to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in equal monthly installments over the period and with interest as identified below.

   | CREDITOR | EST. BALANCE | TRUSTEE / CO-DEBTOR | PERIOD | INTEREST RATE |
   |---|---|---|---|---|
   | | | | | 4.61% |

6. Pay $ ____$2,000.00____ of debtor's attorney's fees and any additional attorney fees allowed by the Court.

7. Pay sub-paragraphs concurrently:

   (A) **Unsecured Co-debtor guaranteed claims**. The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in full with interest rate as identified below.

   | CREDITOR NAME | EST. TOTAL DUE | TRUSTEE / CO-DEBTOR | INTEREST RATE |
   |---|---|---|---|
   | | | | 4.61% |

3

(B) **Assigned DSO Claims**.  Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, to be paid a fixed amount with the balance to be owed by the Debtor(s) after completion of the Plan, pursuant to § § 507(a)(1)(B) and 1322(a)(4). Regular payments that become due after filing shall be paid **directly** by Debtor(s).

| CREDITOR | TOTAL DUE | TOTAL AMOUNT PAID BY TRUSTEE |
|---|---|---|
| | | |

8. **Priority Claims**. Pay the following priority claims allowed under 11 U.S.C. section 507 in full, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE |
|---|---|
| 0 | |
| 0 | |

9. Pay the following sub-paragraphs concurrently:

(A) **General Unsecured Claims**.  Pay non-priority, unsecured creditors.

Estimated total owed: $ __$131,710.57__
Estimated amount available: $ __$12,000.00__
Estimated repayment in Chapter 7: $ __$12,000.00__
Amount required to be paid to non-priority unsecured creditors as determined by 1325(b) calculation: $ __$0.00__

(B) **Surrender of Collateral**.  Debtor proposes to surrender the following collateral to the following creditor(s) with any deficiency paid as non-priority unsecured debt:

| CREDITOR | COLLATERAL |
|---|---|
| | |

(C) **Rejected Executory Contracts/Leases.**  Debtor rejects the following executory contract(s) with the following creditor(s).  Any balance to be paid as non-priority unsecured debt.:

| CREDITOR | CONTRACT/ LEASE |
|---|---|
| | |

10. Other:

11.  All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328.  However, the Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

12. Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such Claimant.

4

13. Title to Debtor's property to re-vest in Debtor upon confirmation. Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily.

14. Any post-petition claims filed and allowed under 11 U.S.C. section 1305 may be paid through the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM. IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO SECTION 1326(a). ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE. PURSUANT TO LOCAL RULE, THE PROOF OF CLAIM SHALL CONTROL THE VALUATION OF COLLATERAL AND ANY VALUATION STATED IN THE PLAN SHALL NOT BE BINDING ON THE CREDITOR.

©Bankruptcy Center Gary Bollinger 2012

| 8/22/2012 | /s/ Gary Gastreich |
|---|---|
| DATE | DEBTOR: **Gary Gastreich** |

| 8/22/2012 | /s/ Sharon Gastreich |
|---|---|
| DATE | Jnt.DEBTOR: **Sharon Gastreich** |

A copy of Debtor's Proposed Chapter 13 Plan was mailed to all parties on the attached list on August 24, 2012

/s/ MaryAnn G. Kier
MaryAnn G. Kier, #59899MO
PK Law
8917 Gravois Rd.
St. Louis, MO 63123
(314) 827-4027, Fax: (314) 222-0619
mgk@stlbankruptcyfirm.com

©Bankruptcy Center Gary Bollinger 2011                                6

```
500 Fast Cash                    CONSUMER ADJUSTMENT CO           Midland Credit Management
515 G St SE                      12855 TESSON FERRY RD            8875 Aero Dr, Ste 200
Miami, OK 74354-8224             SAINT LOUIS, MO 63128            San Diego, CA 92123-2255


ACCOUNT RESOLUTION CORP          CONSUMER COLLECTION MN           Missouri Department of Revenue
17600 CHESTERFIELD AIRPO         2333 GRISSOM DR                  P.O. Box 475
CHESTERFIELD, MO 63005           SAINT LOUIS, MO 63146            Jefferson City, MO 65105


AD Astra                         Ernst Radiology                  Missouri Farm Bureau
3607 North Ridge Rd. Ste. 106    502 Earth City Expwy Ste. 121    701 South Country Club Dr.
Wichita, KS 67205                Earth City, MO 63045             PO Box 636
                                                                  Jefferson City, MO 65102


AD ASTRA RECOVERY SERV           Fern D. Winkler                  National Credit Adjusters
3607 N RIDGE RD STE 106          5127 Dresden Ave                 PO Box 3023
WICHITA, KS 67205                Saint Louis, MO 63116            327 W. 4th St.
                                                                  Hutchinson, KS 67504-3023


Allied Interstate                FFCC-COLUMBUS INC                OCWEN LOAN SERVICING L
3000 Corporate Exchange Dr. 5th  1550 OLD HENDERSON RD ST         12650 INGENUITY DR
Columbus, OH 43231               COLUMBUS, OH 43220               ORLANDO, FL 32826


Aspire Internal Medicine         First National Collection Bureau Portfolio Recovery Associates
PO Box 956909                    610 Waltham Way                  120 Corporate Blvd.
St. Louis, MO 63195-6909         Sparks, NV 89434                 Norfolk, VA 23502


Capital Management Services      FIRSTSOURCE FIN SOLUTI           REG CRDT SER
726 Exchange St. Suite 700       7650 MAGNA DR                    1201 JEFFERSON STR
Buffalo, NY 14210                BELLEVILLE, IL 62223             WASHINGTON, MO 63090


CBE GROUP                        HSBC BANK                        Regional Credit Services
1309 TECHNOLOGY PKWY             PO BOX 5253                      1201 Jefferson St. #150
CEDAR FALLS, IA 50613            CAROL STREAM, IL 60197           Washington, MO 63090-4453


CENTRAL FINL CONTROL             LVNV FUNDING LLC                 STATE COLLECTION SERVI
PO BOX 66051                     PO BOX 740281                    2509 S STOUGHTON RD
ANAHEIM, CA 92816                HOUSTON, TX 77274                MADISON, WI 53716


Check 'n Go                      MEDICAL COMMERCIAL A             Tate & Kirlin Associates
676 Gravois Bluffs Blvd. Ste. C  PO BOX 480                       2810 Southampton Road
Fenton, MO 63026                 HIGH RIDGE, MO 63049             Philadelphia, PA 19154-1207
```

The Boyd Law Group, L.C.
300 St. Peters Centre Blvd. Ste
St. Peters, MO 63376


The Johnson Law Firm
220 Salt Lick Rd.
St. Peters, MO 63376


United Cash Loans
3531 P St. NW
Miami, OK 74355